UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONICIA BENJAMIN,<br><br>                       Petitioner,<br><br>  v.<br><br>BARRY L. BRESLOW, *et al.*,<br><br>                   Respondents. | Case No. 3:22-cv-00409-ART-CSD<br><br>**Order Granting Extension of Time to File Amended Petition to May 1, 2023**<br><br>(ECF No. 12) |

28 U.S.C. § 2254 habeas corpus petitioner Ronicia Benjamin asks the court for an extension to file her amended petition. (ECF No. 12.) Good cause appearing,

**IT IS ORDERED** that petitioner's unopposed motion for extension of time to file an amended petition (ECF No. 12) is **GRANTED**. **The deadline is extended to May 1, 2023.**

DATED THIS 6th day of March 2023.

_____

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1