UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONICIA BENJAMIN,<br><br>　　　　　　　　　　Petitioner,<br>v.<br>BARRY L. BRESLOW, *et al.*,<br>　　　　　　　　　　Respondents. | Case No. 3:22-cv-00409-ART-CSD<br><br>**Order Granting Extension of Time to File Amended Petition to June 30, 2023**<br><br>(ECF No. 15) |

　　　28 U.S.C. § 2254 habeas corpus petitioner Ronicia Benjamin asks the court for an extension to file her amended petition. (ECF No. 15.) Good cause appearing,

　　　**IT IS ORDERED** that petitioner's unopposed second motion for extension of time to file an amended petition (ECF No. 15) is **GRANTED**. **The deadline is extended to June 30, 2023.**

　　　DATED THIS 8th day of May 2023.


　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ANNE R. TRAUM
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1