UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONICIA BENJAMIN,<br><br>                            Petitioner,<br>   v.<br>BARRY L. BRESLOW, *et al.*,<br><br>                           Respondents. | Case No. 3:22-cv-00409-ART-CSD<br><br>**Order Granting Extension of Time to File Amended Petition to July 31, 2023**<br><br>(ECF No. 17) |

      28 U.S.C. § 2254 habeas corpus petitioner Ronicia Benjamin asks the Court for an extension to file her amended petition. (ECF No. 17.) Good cause appearing,

      IT IS ORDERED that petitioner's unopposed third motion for extension of time to file an amended petition **(ECF No. 17) is GRANTED**. **The deadline is extended to July 31, 2023.**

      DATED THIS 7th day of July 2023.

                                                _____
                                                ANNE R. TRAUM
                                                UNITED STATES DISTRICT JUDGE